# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | :   CRIMINAL ACTION |
| | :   NO.: 2:16-CR-007-WCO-JCF |
| JOSE LUIS CASTRO-HERNANDEZ | : |

## REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY[1]

The defendant, Jose Luis Castro-Hernandez, by consent, has appeared before the undersigned and has entered a plea of guilty to the indictment. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, the undersigned has determined that the guilty plea was knowing and voluntary, and that the offense charged is supported by an independent basis in fact establishing each of the essential elements of such offense. It is therefore **RECOMMENDED** that the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

**SO ORDERED** this 18th day of May, 2016.

/s/ *J. Clay Fuller*
J. CLAY FULLER
United States Magistrate Judge

---

[1] Failure to file written objections to this Report and Recommendation within FOURTEEN (14) days after service of this Report and Recommendation shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1).